UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 06-80013  CIV-HURLEY

CASE NO.

7 HOPKINS

ARTHUR KAUFMAN,

      Plaintiff,

vs.

DANA KAUFMAN,

      Defendant.

_____/

## PLAINTIFF'S COMPLAINT

    **COMES NOW**, the Plaintiff, ARTHUR KAUFMAN and sues the Defendant, DANA KAUFMAN, saying as follows:

1. This is an action pursuant to the Civil Rights Act of 1871, 42 U.S.C. Section 1343 seeking redress for the deprivation of plaintiff's constitutional rights. Venue is proper in the Southern District of Florida, as all of the acts complained of occurred in Palm Beach County, Florida.

2. This court has jurisdiction over this action under 28 U.S.C. Section 1343(a)(3) for a violation of constitutional rights as provided in 42 U.S.C. Section 1983. The plaintiff seeks monetary damages and attorneys fees as well as costs of this litigation under 42 U.S.C. 1988.

3. The plaintiff seeks redress for violation of the plaintiff's rights pursuant to the Fourteenth Amendment to the Constitution of the United States providing the plaintiff's rights to be free from malicious prosecution, malicious abuse of process and the right not to be deprived of liberty.

4. The plaintiff Arthur Kaufman is an adult individual residing at 8171 Nadmar Avenue, Boca Raton, Florida 33434.

5. The defendant, Dana Kaufman, was at all times relevant to the allegations contained in this complaint, an individual residing in the Palm Beach County, Florida.

6. On April 22, 2005, Defendant filed a sworn petition for an action in Palm Beach County Circuit Court Case No. 502005DR005100XXXXMB entitled Petition for Injunction for Protection Against Sexual Violence. A copy of this Petition is attached hereto as Exhibit "A1 – A4".

7.  This petition sought issuance of an Injunction for Protection Against Sexual Violence under provisions of Florida Statutes Chapter 741 and 784, alleging that Arthur Kaufman committed sexual battery upon Dana Kaufman on March 4, 2005, as such sexual battery is described in Florida Statutes Section 794.011.

8.  Defendant had a telephone conversation with Plaintiff on March 7, 2005 in which the Defendant did not make any statement of any such rape or sexual battery and repeatedly told Plaintiff that she wanted to come to the residence of the Plaintiff, Arthur Kaufman.

9.  This initial petition for an injunction was denied by the circuit court on April 22, 2005 due to the failure to allege sufficient facts as required by Florida Statutes Section 784.046(4)(a).

10. Thereafter on April 25, 2005, Dana Kaufman filed a Supplemental Affidavit in Support of Petition for Injunction for Protection Against Sexual Violence alleging that she was raped by Arthur Kaufman on March 4, 2005. A copy of this Supplemental Affidavit is attached hereto as Exhibit "B1 – B3" to this complaint.

11. As a result of the Petition and Supplemental Affidavit filed by defendant, Dana Kaufman, a Temporary Injunction for Protection Against Sexual Violence was issued by the 15th Judicial Circuit Court on April 25, 2005. A copy of this Temporary Injunction is attached hereto as Exhibit "C1 – C5" to this complaint.

12. Plaintiff was served with the Temporary Injunction on May 3, 2005.

13. Under this Temporary Injunction, the Plaintiff's right to be free from unlawful constraint was violated in that he was restrained from going within 500 feet of defendant's residence located at 854 Lake Wellington Drive, Village of Wellington, FL as well as an alleged place of employment for the Defendant with an alleged address of 1400 Military Trail, Delray Beach, Florida.

14. Additionally Plaintiff was deprived of his liberty in that under this Temporary Injunction, plaintiff was restrained from coming within 100 feet of the automobile of Dana Kaufman, wherever located.

15. Additionally under this Temporary Injunction, Plaintiff's right to possess firearms was restrained, in that he was not allowed use or to possess firearms.

16. On May 5, 2005 hearing was on the Petition for Injunction for Protection Against Sexual Violence and the Supplemental Affidavit in Support of Petition for Injunction for Protection Against Sexual Violence before the Honorable Martin H. Colin, Judge of the 15th Judicial Circuit Court, in and for Palm Beach County, Florida.

17. After trial held on May 5 and May 6, 2005, Judge Colin ordered dismissal of the Petition and Supplemental Affidavit. A copy of this order of dismissal is attached hereto as Exhibit "D1 to this complaint.

18.   The findings of the court pronounced in open court by the judge found that by a preponderance of the evidence that the alleged sexual battery or rape claimed by Dana Kaufman did not occur. A copy of the pertinent portion of this transcript is attached hereto as Exhibit "E1-E3" to this complaint.

19.   Defendant Dana Kaufman also filed criminal police reports with the Palm Beach County Sheriff's Department under Case No. 05042543 alleging that she had been raped by Arthur Kaufman. Four additional police reports were made by Defendant, Dana Kaufman making differing allegations about the date, time and manner in which she had been raped by Plaintiff Arthur Kaufman. Copies of redacted portions of all these police reports are attached hereto as a composite Exhibit "F1- F8" to this complaint.

20.   Defendant subjected Plaintiff to criminal investigations requiring Plaintiff to obtain legal counsel to represent him in regard to these criminal allegations.

21.   The criminal case was closed by the Palm Beach County Sheriff's Department without referral for prosecution.

22.   Defendant filed the Petition for Injunction for Protection Against Sexual Violence and the Supplemental Affidavit in Support of Petition for Injunction and the police reports in bad faith and to maliciously punish Plaintiff, depriving him of his rights to liberty and to be free from unlawful constraint under the Fourteenth Amendment of the United States Constitution.

23.   The making of these false statements of defendant Dana Kaufman as described in this complaint constitute a deprivation of plaintiff's constitutional rights, including but not limited to:

   (a)  Plaintiff's right pursuant to the Fourteenth Amendment of the Constitution of the United States not to be deprived of liberty;

   (b)  Plaintiff's right pursuant to the Fourteenth Amendment of the Constitution of the United States not to be unlawfully constrained;

   (c)  Plaintiff's rights pursuant to the Second Amendment of the Constitution of the United States in that a persons right to keep and bear arms shall not be restrained; and

   (d)  Plaintiff's right to be free from malicious prosecution and malicious abuse of process as provided for by the Fourth and Fourteenth Amendments to the Constitution of the United States.

24.   As a direct and proximate result of the acts of the Defendant, Dana Kaufman as described in this complaint, plaintiff has suffered severe emotional distress, humiliation, embarrassment, infringement of his right to live without unlawful constraint and the right to bear arms. Plaintiff has also incurred attorney fees in defending the actions against him by Defendant and court costs incurred in this action.

3

25.    The acts of the defendant Dana Kaufman as described in this complaint were done in bad faith, and maliciously with the intent to deter plaintiff from exercising his constitutional rights to liberty and to be free from unlawful constraint and such acts warrant the imposition of punitive damages.

**WHEREFORE** the plaintiff demands judgment against the defendant Dana Kaufman in an amount in excess of $100,000.00 plus attorney fees and costs.

Arthur Kaufman
Plaintiff, Pro Se
8171 Nadmar Avenue
Boca Raton, FL 33434
Telephone: (561) 451-9000
Facsimile: (561) 852 9001

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.:
*502005DR005100XXXKMB*
*FA*

DANA KAUFMAN,

      Petitioner,

v.

ARTHUR KAUFMAN,

      Respondent.

_____/

## PETITION FOR INJUNCTION FOR PROTECTION AGAINST SEXUAL VIOLENCE

I DANA KAUFMAN, being sworn, certify that the following statements are true:

**SECTION I.**

1.     Petitioner currently lives at 854 Lake Wellington Drive, Wellington, FL 33414

      Date of Birth of Petitioner: 5/14/69

2.     Petitioner's attorney's name address, and telephone number is: Stephen J. Press,

      Esquire, 250 South Australian Avenue, Suite 1401, West Palm Beach, FL 33401,

      (561) 833-2772.

**SECTION II.**

1.     Respondent currently lives at: 8171 Nadmar Avenue, Boca Raton, FL 33434.

2.     Respondent is unemployed.

3.     Physical description of Respondent:

      <u>Race</u>: Caucasian    <u>Sex</u>: Male    <u>Date of Birth</u>: 11/21/46

      <u>Height</u>: 5'9"    <u>Weight</u>: 170    <u>Eye Color</u>:

      <u>Hair Color</u>: grey and black    <u>Distinguishing marks and/or scars</u>:

      <u>Vehicle</u>: Jaguar    <u>Color</u>: Green

      <u>Tag Number</u>: JOBLESS

                           Exhibit A1

Kaufman vs. Kaufman

4.   Other names Defendant goes by: N/A

5.   Respondent's attorney's name, address, and telephone number is: N/A

6.   If Respondent is a minor the address of Respondent's parent or legal guardian is: N/A.

## SECTION III.

1.   Petitioner has suffered sexual violence as shown by the fact that the Respondent has on or about March 4, 2005 committed sexual battery on Petitioner as defined in Florida Statute Section 794.011.

___X___ a.   Petitioner reported the sexual violence to law enforcement and is cooperation in any criminal proceeding. The incident report number by law enforcement is: 05042543

_____ b.   Respondent was sent to prison for committing sexual violence against Petitioner or Petitioner's minor child living at home and Respondent is out of prison or is getting out or prison within 90 days. The notice of inmate released is attached.

2.   Has Petitioner ever received or tried to get an injunction for protection against domestic violence, dating violence, repeat violence, or sexual violence against Respondent in this or any other court.

Yes ( )      No ( X )

3.   Has Respondent ever received or tried to get an injunction for protection against domestic violence, dating violence, repeat violence, or sexual violence against Respondent in this or any other court.

Yes( )      No ( X )

4.   Describe any other court case that is either going on now or that happened in the past between Petitioner and Respondent.

Kaufman vs. Kaufman      Case No.: 2005 CA 003147 XXXX MB AH

5.   Additional Information:

_____ a.   Respondent owns, has, and/or is known to have guns or other weapons.

Exhibit A2

Kaufman vs. Kaufman

Describe weapon(s):

__X__ b.   This is or prior acts of violence have been previously reported to: Sheriff of Palm Beach County.

## SECTION IV.  INJUNCTION:

1.   Petitioner asks the Court to enter an injunction prohibiting Respondent from committing any acts of violence against Petitioner and:

a.  prohibiting Respondent from going to or within 500 feet of any place Petitioner lives;

b.   prohibiting Respondent from going to or within 500 feet of Petitioner's place(s) of employment or the school that Petitioner attends; the address of Petitioner's place of employment and/or school is: Positive Healthcare, 1400 Military Trail, Delray Beach, FL.

c.  prohibiting Respondent from contacting Petitioner by telephone, mail, by e-mail, in writing, through another person, or in any other manner.

d.  ordering Respondent not to use or possess any guns or firearms;

e.   prohibiting Respondent from going to or within 500 feet of the following place(s) Petitioner or Petitioner's immediate family must go to often:

f.  prohibiting Respondent from knowingly and intentionally going to or within 100 feet of Petitioner's motor vehicle; and any other terms the Court deems necessary for the safety of Petitioner and Petitioner's immediate family.

I UNDERSTAND THAT BY FILING THIS PETITION, IAM ASKING THE COURT TO HOLD A HEARING ON THIS PETITION, THAT BOTH THE RESPONDENT AND I WILL BE NOTIFIED OF THE HEARING, AND THAT I MUST APPEAR AT THE HEARING.

I UNDERSTAND THAT I AM SWEARING OR AFFIRMING UNDER OATH TO THE TRUTHFULNESS OF THE CLAIMS MADE IN THIS PETITION AND THAT THE PUNISHMENT FOR KNOWINGLY MAKING A FALSE STATEMENT INCLUDES FINES AND OR/IMPRISONMENT.

Exhibit A3

Kaufman vs. Kaufman

*Dana Kaufman*
**DANA KAUFMAN**

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, on this day personally appeared **DANA KAUFMAN**, who produced  as identification, who after first being duly sworn, deposes and says:  that she is the Petitioner named in the above foregoing Petition for Injunction for Protection Against Domestic Violence; that she has read the same, knows the contents thereof, and that the same is true and correct.

SWORN TO AND SUBSCRIBED before me this 21st day of April, 2005, in the State and County aforementioned.

> SILA ADAMS
> MY COMMISSION # DD 263226
> EXPIRES: October 29, 2007
> Bonded Thru Notary Public Underwriters

Notary Public, State of Florida
Printed name: Sila Adams
My commission expires:

STEPHEN J. PRESS, ESQ.
One Clearlake Centre, Ste 1401
250 South Australian Avenue
West Palm Beach, FL  33401
Telephone: (561) 833-2772

By: _____
Stephen J. Press, Esq.
Fla. Bar No.: 1436291

Exhibit A4

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 50 2005 DR 005100 XXXX MB FA

DANA KAUFMAN,

      Petitioner,

v.

ARTHUR KAUFMAN,

      Respondent.

_____/

## SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF PETITION FOR INJUNCTION FOR PROTECTION AGAINST SEXUAL VIOLENCE

I Dana Kaufman, being sworn, certify that the following statements are true:

1. On March 4, 2005, at 8171 Nadmar Avenue, Boca Raton, Florida 33434.

Respondent said or did the following things that hurt me or a member of my immediate family and made me afraid for my or my family member's safety:

I responded to a classified add by, Respondent, Arthur Kaufman to assist him as a nurse since I am a registered nurse. I arrived at his residence at 8171 Nadmar Avenue, Boca Raton, Florida 33434 at approximately 1:30 p.m. on March 4, 2005. After having been there for about one hour he suddenly surprised me, forcefully grabbed my right arm very hard and began to tear off my clothing, all without my consent. He continued to forcefully attack me and threw me down on his bed. He raped me without my consent in that his penis penetrated my vagina. His attack and rape were made by physical force and without my consent. After the rape he continued to call me on my phone and I am frightened of him that he may attempt to attack me again.

_____ Check here if you are attaching additional pages to continue these facts.



Exhibit B1

Kaufman vs. Kaufman

2. On _____ , at _____

the following event(s) took place:

_____

_____ Check here if you are attaching additional pages to continue these facts.


3. _____ Check here if you are attaching copies of medical records for treatment you may have received for injuries referred to in you petition or in this supplemental affidavit, copies of any police or sheriff reports concerning incidents or violence involving you and Respondent, or any notice of inmate release.

Exhibit B2

Kaufman vs. Kaufman

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this supplemental affidavit and that the punishment for knowingly making a false statement includes fines and or/imprisonment.

Dated: 4/25/05

_____
**Signature of Petitioner**

STATE OF FLORIDA
COUNTY OF PALM BEACH

SWORN TO AND SUBSCRIBED before me on 4/25/05 by Dana Kaufman.

> SILA ADAMS
> MY COMMISSION # DD 263226
> EXPIRES: October 29, 2007
> Bonded Thru Notary Public Underwriters

_____
Notary Public or Deputy Clerk
Sila Adams
[Print, type or stamp commissioned name of notary or clerk.}

_____ Personally known
__✓__ Produce identification
Type of identification produced FL K155-122-69-674-0

STEPHEN J. PRESS, ESQ.
One Clearlake Centre, Ste 1401
250 South Australian Avenue
West Palm Beach, FL 33401
Telephone: (561) 833-2772

By: _____
Stephen J. Press, Esq.
Fla. Bar No.: 143629

Exhibit B3

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No.: **502005DR005100XXXXMB**
Division: **FA**

**DANA KAUFMAN,**
Petitioner,

and

**ARTHUR KAUFMAN,**
Respondent.

## TEMPORARY INJUNCTION FOR PROTECTION AGAINST SEXUAL VIOLENCE

The Petition for Injunction for Protection Against Sexual Violence under section 784.046, Florida Statutes, and other papers filed in this Court have been reviewed. Under the laws of Florida, the Court has jurisdiction of the petitioner and the subject matter and has jurisdiction of the respondent upon service of the temporary injunction. The term "Petitioner" as used in this injunction includes the person on whose behalf this injunction is entered.

**It is intended that this protection order meet the requirements of 18 U.S.C. § 2265 and therefore intended that it be accorded full faith and credit by the court of another state or Indian tribe and enforced as if it were the order of the enforcing state or of the Indian tribe.**

**SECTION I.      NOTICE OF HEARING**

Because this Temporary Injunction for Protection Against Repeat Violence has been issued without notice to Respondent, Petitioner and Respondent are instructed that they are scheduled to appear and testify at a hearing regarding this matter on **WEDNESDAY, MAY 04, 2005,** at *9:00pm* when the Court will consider whether the Court should issue a Final Judgment of Injunction for Protection Against Repeat Violence, which shall remain in effect until modified or dissolved by the Court, and whether other things should be ordered. The hearing will be before The Honorable , at room **6'C', 205 NORTH DIXIE HIGHWAY, WEST PALM BEACH, FLORIDA 33401** . If Petitioner and/or Respondent do not appear, this temporary injunction may be continued in force, extended, or dismissed, and/or additional orders may be granted, including the imposition of court costs. All witnesses and evidence, if any, must be presented at this time.

NOTICE: Because this is a civil case, there is no requirement that these proceedings be transcribed at public expense.

**Exhibit C1**

YOU ARE ADVISED THAT IN THIS COURT:

_____ a. a court reporter is provided by the court.

**X**_____ b. electronic audio tape recording only is provided by the court. A party may arrange in advance for the services of and provide for a court reporter to prepare a written transcript of the proceedings at that party's expense.

_____ c. no electronic audio tape recording or court reporting services are provided by the court. A party may arrange in advance for the services of and provide for a court reporter to prepare a written transcript of the proceedings at that party's expense.

A RECORD, WHICH INCLUDES A TRANSCRIPT, MAY BE REQUIRED TO SUPPORT AN APPEAL. THE PARTY SEEKING THE APPEAL IS RESPONSIBLE FOR HAVING THE TRANSCRIPT PREPARED BY A COURT REPORTER. THE TRANSCRIPT MUST BE FILED WITH THE REVIEWING COURT OR THE APPEAL MAY BE DENIED.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Robin Shepett, ADA Coordinator in the Administrative Office of the Court, Palm Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida 33401; telephone number (561) 355-4380, within 2 working days of your receipt of this temporary injunction. If you are hearing or voice impaired, call TDD 1-800-955-8771.

**SECTION II.    FINDINGS**

The statements made under oath by Petitioner make it appear that section 784.046, Florida Statutes, applies to the parties, that Petitioner is a victim of repeat violence and that an immediate and present danger of repeat violence exists to Petitioner or to a member of Petitioner's immediate family.

**SECTION III.    TEMPORARY INJUNCTION AND TERMS**

**This injunction shall be effective until the hearing set above and in no event for longer than 15 days, unless extended by court order. If a final order of injunction is issued, the terms of this temporary injunction will be extended until service of the final injunction is effected upon Respondent. This injunction is valid and enforceable in all counties of the State of Florida. The terms of this injunction may not be changed by either party alone or by both parties together. Only the Court may modify the terms of this injunction. Either party may ask the Court to change or end this injunction.**

**Willful violation of the terms of this injunction, such as refusing to vacate the dwelling which the parties share, going to Petitioner's residence, place of employment, school, or other place prohibited in this injunction, telephoning, contacting or communicating with Petitioner, if prohibited by this injunction, or committing an act of repeat violence against Petitioner constitutes a misdemeanor of the first degree punishable by up to one year in jail, as provided by sections 775.082 and 775.083, Florida Statutes.**

Exhibit C2



**Any party violating this injunction may be subject to civil or indirect criminal contempt proceedings, including the imposition of a fine or imprisonment, and also may be charged with a crime punishable by a fine, jail, or both, as provided by Florida Statutes.**

**ORDERED and ADJUDGED:**

1.  **Violence Prohibited.**  Respondent shall not commit, or cause any other person to commit, any acts of violence against Petitioner, including assault, aggravated assault, battery, aggravated battery, sexual assault, sexual battery, stalking, aggravated stalking, kidnaping, or false imprisonment or any criminal offense resulting in physical injury or death.  Respondent shall not commit any other violation of the injunction through an intentional unlawful threat, word, or act to do violence to the Petitioner.



2.  **No Contact. Respondent shall have no contact with Petitioner unless otherwise provided in this section.**
    a.  Unless otherwise provided herein, Respondent shall have no contact with Petitioner. Respondent shall not directly or indirectly contact Petitioner in person, by mail, e-mail, fax, telephone, through another person, or in any other manner.  Further, Respondent shall not contact or have any third party contact anyone connected with Petitioner's employment or school to inquire about Petitioner or to send any messages to Petitioner.  Unless otherwise provided herein, **Respondent shall not go to, in, or within 500 feet of:**  Petitioner's current residence **854 LAKE WELLINGTON DR VILLAGE OF WELLINGTON , FL 33414** or any residence to which Petitioner may move; Petitioner's current or any subsequent place of employment **POSITIVE HEALTHCARE, 1400 MILITARY TR DELRAY BEACH, FL 33444** or place where Petitioner attends school , ; or the following other places (if requested by Petitioner) where Petitioner or Petitioner's minor child(ren) go often: ; ; .



[Initial **if** applies; write N/A **if not** applicable]
    b.  Respondent may not knowingly come within 100 feet of Petitioner's automobile at any time.
    c.  Other provisions regarding contact: _____
_____
_____

**Exhibit C3**

3.    **Firearms.**
[Initial **all** that apply; write N/A **if does not** apply]
a. Respondent shall not use or possess a firearm or ammunition.
b. Respondent shall surrender any firearms and ammunition in Respondent's possession to the
County Sheriff's Department.
c. Other directives relating to firearms and ammunition:_____
_____
_____

4.    **Mailing Address.**  Respondent shall notify the Clerk of the Court of any change in his or her
mailing address within 10 days of the change.  All further papers (excluding pleadings
requiring personal service) shall be served by mail to Respondent's last known address.  Such
service by mail shall be complete upon mailing.  Rule 12.080, Fla.Fam.L.R.P., section
784.046, Florida Statutes.

5.    **Additional order(s) necessary to protect Petitioner from repeat violence:**
_____
_____
_____
_____
_____
_____

**SECTION IV.    OTHER SPECIAL PROVISIONS**
*(This section to be used for inclusion of local provisions approved by the chief judge as provided in
Florida Family Law Rule 12.610.)*

**SECTION V.    DIRECTIONS TO LAW ENFORCEMENT OFFICER IN ENFORCING
THIS INJUNCTION**
*(Provisions in this injunction that do not include a line for the judge to either initial or write N/A
are considered mandatory provisions and should be interpreted to be part of this injunction.)*

1.    The Sheriff of Palm Beach County, or any other authorized law enforcement officer, is
ordered to serve this temporary injunction upon Respondent as soon as possible after its
issuance.

2.    **This injunction is valid and enforceable in all counties of the State of Florida.**  Violation
of this injunction should be reported to the appropriate law enforcement agency.  Law
enforcement officers of the jurisdiction in which a violation of this injunction occurs shall
enforce the provisions of this injunction and are authorized to arrest without a warrant
pursuant to section 901.15, Florida Statutes, for any violation of its provisions, which
constitutes a criminal act under section 784.047, Florida Statutes.

Exhibit C4

3. Should any Florida law enforcement officer having jurisdiction have probable cause to believe that Respondent has knowingly violated this injunction, the officer may arrest Respondent, confine him/her in the county jail without bail, and shall bring him/her before the Initial Appearance Judge on the next regular court day so that Respondent can be dealt with according to law. The arresting agent shall notify the State Attorney's Office immediately after arrest. THIS INJUNCTION IS ENFORCEABLE IN ALL COUNTIES OF FLORIDA AND LAW ENFORCEMENT OFFICERS MAY EFFECT ARRESTS PURSUANT TO SECTION 901.15(6), FLORIDA STATUTES.

4. **Reporting alleged violations.** If Respondent violates the terms of this injunction and there has not been an arrest, Petitioner may contact the Clerk of the Circuit Court of the county in which the violation occurred and complete an affidavit in support of the violation or Petitioner may contact the State Attorney's office for assistance in filing an action for indirect civil contempt or indirect criminal contempt. Upon receiving such a report, the State Attorney is hereby appointed to prosecute such violations by indirect criminal contempt proceedings, or the State Attorney may decide to file a criminal charge, if warranted by the evidence.

ORDERED on _4-25-05_ .

_____
CIRCUIT JUDGE

COPIES TO:
Sheriff of Palm Beach County
Petitioner ____ by U. S. Mail ____ by hand delivery
Respondent: ____ forwarded to sheriff for service _P.B.S.O._ .
____ Other: _____

     I CERTIFY the foregoing is a true copy of the original as it appears on file in the office of the Clerk of the Circuit Court of Palm Beach County, Florida, and that I have furnished copies of this order as indicated above.

CLERK OF THE CIRCUIT COURT

(SEAL)

BY _____
Deputy Clerk

STATE OF FLORIDA · PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office.
THIS ___ DAY OF _____, 20 05
SHARON R. BOCK
CLERK & COMPTROLLER
By _____
DEPUTY CLERK

**Exhibit C5**

Page 1

```
 1   IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
 2         AND FOR PALM BEACH COUNTY, FLORIDA
 3            CASE NO. 502005 DR 005100XXXXMB
 4                    DIVISION FA
 5
     DANA KAUFMAN,
 6
             Petitioner,
 7   -vs-
 8   ARTHUR KAUFMAN,
 9             Respondent.
10   _____
11       EXCERPTS OF HEARING BEFORE THE HONORABLE
                 MARTIN H. COLIN
12
13          THURSDAY, MAY 5th, 2005
            PALM BEACH COUNTY COURTHOUSE
14          WEST PALM BEACH, FLORIDA 33401
                 1:42 - 4:37 p.m.
15
16
17
     Reported By:
18   TERESA WHALEN, RPR
     Notary Public, State of Florida
19   Esquire Deposition Services
     West Palm Beach Office Job # 727080
20   Phone:  800.330.6952
              561.659.4155
21
22
23
24
25
```

Page 2

```
 1   APPEARANCES:
 2   On behalf of the Petitioner:
 3      STEVEN PRESS, ESQUIRE
        LAW OFFICE OF STEPHEN J. PRESS
 4      250 Australian Avenue, Suite 1401
        West Palm Beach, Florida 33401
 5      Phone:  561.833.2772
 6
 7   On behalf of the Respondent:
 8      SPENCER SIEGEL, ESQUIRE
        SIEGEL & ASSOCIATES
 9      1600 S. Dixie Highway, Suite 300
        Boca Raton, Florida 33432
10      Phone:  561.620.8200
11
12
13
14
15
16
17
18
19
20
21
22
23
24                  Exhibit E1
25
```

Page 3

```
 1
 2                    - - -
                    INDEX
 3                    - - -
 4   TESTIMONY OF DANA KAUFMAN
 5   Cross by Mr. Siegel             4
 6   Redirect by Mr. Press          42
 7
 8   TESTIMONY OF SILUS MIRANTI
 9   Direct by Mr. Press            45
10
11   REBUTTAL TESTIMONY OF DANA KAUFMAN
12   Direct by Mr. Press            53
13   Voir Dire by Mr. Siegel        57
14   Direct (Cont.) by Mr. Press    58
15   Cross by Mr. Siegel            64
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1            PROCEEDINGS
 2                - - -
 3      THE COURT:  Good afternoon, everyone.
 4      MR. SIEGEL:  Good afternoon, Judge.
 5      THE COURT:  Okay.  We're back on the record on
 6   case number 2005 DR 005100, Dana Kaufman versus
 7   Arthur Kaufman.  We finished with the direct
 8   examination of the petitioner yesterday, and it's
 9   now time for cross examination.
10      MR. SIEGEL:  Thank you, Your Honor.
11      THE COURT:  You know what I think might be
12   easier for cross, ma'am, if you have a seat up at
13   the witness stand.
14      MR. SIEGEL:  Thank you, Your Honor.
15      THE COURT:  I would remind you you're still
16   under oath.
17      Go ahead, sir.
18         CROSS (DANA KAUFMAN)
19   BY MR. SIEGEL::
20   Q.  Good afternoon, Mrs. Kaufman.  To go back to
21   your testimony from yesterday, it was your testimony
22   that you had answered an ad for home health care; is
23   that correct?
24   A.  The ad above his ad was a home health care
25   nurse, above his ad, and I accidentally inadvertently
```

1 (Pages 1 to 4)

Page 85

1  Dana Kaufman for an extension of this court's
2  temporary injunction for protection against sexual
3  violence that was entered by Judge Phillips on
4  April 25, 2005. The court has considered the
5  testimony of the witnesses and has reviewed the
6  documentary evidence.
7      In order for the petitioner to be eligible for
8  a final judgment for injunction for protection
9  against sexual violence, the court needs to find
10  that petitioner is a victim of sexual violence by
11  respondent, and meets the requirements for an
12  injunction established by law. Primarily that's
13  two things. One, that I find from the evidence
14  that a sexual battery was committed upon her, and
15  that she reported the incident to the authorities.
16  I find the latter has been met, that she did
17  properly report the matter to the authorities.
18      I can tell from the evidence that's before the
19  court that this is an emotional matter to the
20  parties, and can sense what's at stake, and there
21  should be a lot at stake, because this is a very
22  significant proceeding, because the theory of this
23  type of lawsuit is not to impose criminal penalties
24  against a perpetrator of sexual battery, not to
25  collect civil damages, if that's possible, against

Page 86

1  a perpetrator of sexual battery, but to have a
2  court order that protects a petitioner from likely
3  and reasonably objective circumstances that will
4  lead her to have been and continue to be a victim
5  of sexual violence from the respondent.
6      All I need to believe is that on March 4th of
7  2005 a sexual battery was committed upon the
8  petitioner by the respondent.
9      If I find from the evidence that that's the
10  case, that's enough for me to enter an injunction
11  for protection, the court doesn't need more than
12  that. A lot of the evidence that I heard was
13  extraneous that dealt with all the various motives.
14      I found particularly -- I do find that it's
15  the burden of proof on the petitioner to prove
16  entitlement to the injunction. The case law
17  suggests a high burden of proof. There is a recent
18  case out that talks about the burden of proof in
19  the secured injunction being high. I am lowering
20  the threshold to being a preponderance of the
21  evidence for purposes of this case.
22      What I paid attention to was some things that
23  I thought were beyond he said, she said between the
24  two of you that were properly admitted into
25  evidence. I did not consider the tape at all, or

Page 87

1  anything on the tape.
2      The starting point for the evidence here was
3  the ad in the paper. There was a dispute between
4  the parties as to that ad that led to these people
5  meeting each either. The petitioner is saying I
6  responded to an ad for a nurse, and the respondent
7  is saying I put an ad in the paper and petitioner
8  responded to an ad for a housekeeper that included
9  live in.
10      The respondent identified Exhibit Number 1 as
11  being the ad that he put in, the only ad that he
12  put in that had his phone number, the ad that
13  respondent called about that says housekeeper live
14  in, Monday to Friday, cook, clean for gentleman,
15  must speak English, non smoker, et cetera.
16      Petitioner says that's not the ad, that there
17  was some other ad and the heading was different,
18  but I responded to an ad in the Sun Sentinel, but
19  did not furnish the court with another ad to
20  indicate that there was another ad between
21  December, which is I think when she said she saw
22  the ad, although she called in March. So I only
23  have one ad in evidence that I saw other than her
24  testimony, which is the ad that says housekeeper.
25      Petitioner then said I went to his house for

Page 88

1  purposes of working as a nurse, and under the guise
2  of Mr. Kaufman being a paraplegic, went and entered
3  his house, and he raped me, as she indicated.
4      The evidence of what Ms. Kaufman did
5  immediately afterwards in a case like this is quite
6  important. And among the things that she did was
7  go to a restaurant, whether she had dinner or not,
8  with an alleged rapist. She also went to his house
9  on the 7th and picked up a check from him.
10      The court finds that those two acts are
11  extremely inconsistent with the allegations of
12  rape, which is one of the most serious violent acts
13  someone can commit against another person.
14      In essence, without another witness, without
15  protection, without anyone, the only really
16  independent witness was the lady from the
17  restaurant who said these people are sitting there
18  and no one is looking bad, no one is sweating, no
19  one is saying hey, by the way, this guy raped me or
20  anything like that at all.
21      Whether Mr. Kaufman was trying to immediately
22  make Ms. Kaufman concerned about her well-being by
23  threatening her, to report things to her husband or
24  not, there is no evidence of self report of this
25  rape in an excited utterance or any other

**Exhibit E2**

22 (Pages 85 to 88)

Page 89

1 admissible manner to indicate that such a serious
2 violent crime took place. She didn't go to a
3 hospital, she didn't have a rape kit.
4      There is no -- I mean, there is consensual sex
5 alleged by Mr. Kaufman on the 7th, but there is
6 nothing between the 4th and the 7th by way of
7 evidence that could be preserved for the court to
8 indicate that they even had sex between that date.
9      And while he may have been threatening her at
10 that time, what would have prevented her, if she
11 was raped on the 4th, from getting her underwear
12 over or her body over to be examined immediately?
13 Nothing, by way of the evidence.
14      She reports the case to the police on the
15 13th, and then she files her action on the 22nd of
16 April here in court after a lot of the proceedings
17 in Indiana and all of the back and forths.
18      She also calls the alleged rapist somewhere
19 between 15 and 20 times after March 7th. This is a
20 civil proceeding, and I can't make the burden of
21 proof of less than the preponderance of the
22 evidence.
23      The court finds the evidence wholly lacking
24 that there was a sexual battery on March 4th as
25 alleged by the petitioner, temporary injunction is

Page 90

1 not extended, case dismissed.
2      Pick up copies of the order.
3      MR. SIEGEL: Thank you, Your Honor.
4      MR. PRESS: Thank you, Your Honor.
5      (The hearing was concluded.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22          Exhibit E3
23
24
25

Page 91

1
2          C E R T I F I C A T E
3
4 STATE OF FLORIDA
5 COUNTY OF PALM BEACH
6
7
8      I, Teresa Whalen, Registered Professional
9 Reporter, State of Florida at large, certify that I was
10 authorized to and did stenographically report the
11 foregoing proceedings and that the transcript is a true
12 and complete record of my stenographic notes.
13      Dated this 22nd day of August, 2005.
14
15
16
                    _____
17              Teresa Whalen, RPR, Court Reporter
18      Job # 727080
19
20
21
22
23
24
25

23 (Pages 89 to 91)

Page 1 of 1

**PALM BEACH COUNTY SHERIFF'S OFFICE**

☐ WITNESS   ☒ VICTIM   ☐ OTHER

# STATEMENT
Please complete in full detail

| Date of Statement: | Month: 03 | Day: 13 | Year: 05 | Time: 2200 |
|---|---|---|---|---|

Offense: Simple Battery

Agency Case #: 05-042543

| Date of Offense: | Month: 03 | Day: 12 | Year: 05 | Time: 1200 | Subject/Arrestee: Last: Kaufman   First: Arthur | Race: |

Location of Offense: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    Zone: F-13

Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Last: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Address (Res.): ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Address (Bus.): ▓▓▓▓▓▓▓▓▓▓    Zip:    Phone:

I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

I ▓▓▓▓▓▓▓▓▓▓ answered on add ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ for a Nursing
position and care of household. I arrived at the residence of ▓▓▓▓▓▓▓
I was called into the room of a man about the age of late 50's. I took
his V/S and he starting asking me many questions about my last
name and of My family. He asked me to get a piece of paper from
desk and said he wanted me to read it. He read it to me. Because
I said it was not medical papers. He got up from the bed and
Went to his desk and write something. I said I thought you
couldn't walk. He said take this your done for the day. I pointed
at him and said your ok. And I backed up to the living room, he
Came after me and grabbed the front of my pants and said you want
this dont you. As I tryed to put his hand down my pants, he opened
them up when he pulled them. I turned and ran towards the door
the door was locked, I open the door and ran out. He has been
Calling me since this incident over 40 or 50 times. He has said
discusting degrading things, sexual-things, crude and then he
said that the money was for the whole week and that I

| I have received the Victim's Rights package: | Initial: | I will testify in court: ☐ Yes ☐ No |
|---|---|---|
| Sworn To and Subscribed Before Me, This: 13 Day of March year: 2005 | | I will prosecute criminally: ☐ Yes ☐ No |
| Deputy Sheriff/Notary Public ☐ Signature: ▓▓▓ 6784 FSS 117.10 | | I Swear/Affirm the Above and/or Attached Statements are Correct and True. Signature: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

PBSO #3134 REV 1991

RECORDS COPY

Exhibit F1

**PALM BEACH COUNTY**
**SHERIFF'S OFFICE**

*RIC L. BRADSHAW, SHERIFF*




CHRISTINE S. PRESLEY
CENTRAL RECORDS
PHONE: (561)688-3189

FAX: (561) [###-####]

E-MAIL: Presley C@pbso.org

Sept 30,2005

To Whom It May Concern:

On Sept 30,05 I spoke to Mr. Kaufman in reference to case #05-042543. He stated that he is missing page two of a witness statement dated 3-13-05. In searching for the missing page of the witness statement I was unable to locate page two at this time. It may not have been received by Central Records as of yet, or it may be misfiled. In either case we are unable to provide page two at this time. I apologize for any inconvience this may cause Mr. Kaufman.

Sincerely,


Christine S. Presley
Microfilm Supervisor

Exhibit F2

Page 1 of 1

## PALM BEACH COUNTY SHERIFF'S OFFICE

☐ WITNESS   ☒ VICTIM   ☐ OTHER

# STATEMENT
### Please complete in full detail

| Date of Statement: | Month: 03 | Day: 14 | Year: 2005 | Time: 2140 |
|---|---|---|---|---|

| Offense: | | | Agency Case #: 05-042543 |
|---|---|---|---|

| Date of Offense: | Month: 03 | Day: 07 | Year: 2005 | Time: 1200-1430 | Suspect/Arrestee: Last: Kaufman   First: Arthur   Middle: |
|---|---|---|---|---|---|

_(blacked out)_

..............do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

I recieved 4 calls ~~held~~ through out the day of a threatening on 3-12-05 nature. The person leaving the messages is Arthur Kaufman, the man who assaulted & grabbed me on 3-7-05. He ripped open my pants and ~~████~~ (released him and broke free of his grasp) put his hand inside. I informed my boyfriend about the incident after he and my children saw a man pass by the front window on 2 occasions aproximatly 30 min apart. I also recieved several calls that day of a crude and sexual in nature from Arthur Kaufman. On 3-11-05. I called the police because I saved the 3 messages today 3-12-05. While I was talking to police he called again and officer Coleman answered my cell phone and asked him why he was continualy calling ████  ████ the officers listened to all 3 messages; he said he knew where I lived now. The town I lived in he knows where my children lived, he said in the messages that why did you say that you had to go home, you didn't have to go home. He said he found out all the information he needed to know that he would get me and he would go to court.

| I have received the Victim's Rights package: | Initial: | I will testify in court: ☒ Yes ☐ No |
|---|---|---|
| Sworn To and Subscribed Before Me, This: 14 Day of March year 2005 | | I will prosecute criminally: ☒ Yes ☐ No |
| Deputy Sheriff☐  Notary Public☒   FSS 117.10 Signature: _____  7741 | | I Swear/Affirm the Above and/or Attached Statements are Correct and True. Signature: _____ |

RECORDS COPY

Exhibit F3

Page _1_ of _3_

## PALM BEACH COUNTY SHERIFF'S OFFICE

☐ WITNESS   ☑ VICTIM   ☐ OTHER

# STATEMENT
**Please complete in full detail.**

| Date of Statement: | Month 03 | Day 21 | Year 2005 | Time 10:45pm |
|---|---|---|---|---|

| Offense: Sexual Battery | Agency Case #: 05- 042543 |
|---|---|

| Date of Offense: | Month 03 | Day 07 | Year 2005 | Time 1:00PM | Suspect/Arrestee: Last Kaufman First Arthur Middle |
|---|---|---|---|---|---|

Location of Offense: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Zone: F4

I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

On 3/7/05 I went to work for an individual by the name of Arthur Kaufman. We had several conversations before I arrived at his residence at ▓▓▓▓▓▓▓▓ Him contacting me to find out when I would take the position. The first phone contact was 3/3/05 of from my boyfriends home, answering an ad that was in ▓▓▓▓▓▓▓▓▓. I arrived about 1:00pm or so, thinking this was a nursing/caretaker/light cleaning job. The door was opened when I arrived and he called me to go to his bedroom. He was lying in bed and appeared sick and lethargic. I took his vital signs and he said "would you mind doing some light cleaning also, I agreed. I cleaned his kitchen countertops and swept the kitch floor. When I went back to check on him he was sitting up in bed. he starting asking me many personal questions regarding my past and inquiring about my last name. (He knew what my last name was before I arrived at the house).

| I have received the Victim's Rights package: | Initial: | I will testify in court: ☑ Yes ☐ No |
|---|---|---|
| | | I will prosecute criminally: ☑ Yes ☐ No |

Sworn To and Subscribed Before Me, This: 21 Day of march year 2005

Deputy Sheriff ☐ Notary Public ☐   FSS 117.10

Signature: ▓▓▓▓▓▓▓ /4500

I Sworn/Affirm the Above and/or Attached Statements are Correct and True.

Signature: ▓▓▓▓▓▓▓▓▓▓▓▓

PBSO 5194 REV. 1001

Exhibit F4

Page 2 of 3

**PALM BEACH COUNTY SHERIFF'S OFFICE**

☐ WITNESS  ☑ VICTIM  ☐ OTHER

# STATEMENT
### Please complete in full detail

| Date of Statement: | Month | Day | Year | Time |
|---|---|---|---|---|
| | 03 | 21 | 2005 | 10:48 pm |

Offense: Simple Battery

Agency Case #: 05- 042543

| Date of Offense: | Month | Day | Year | Time | Suspect/Arrestee: |
|---|---|---|---|---|---|
| | 03 | 07 | 2005 | 11:00 pm | Last: Kartain  First: Arthur |

Location of Offense: ▓▓▓▓

I, ▓▓▓▓▓▓ do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

He then had me get some paperwork from his desk and (I thought it would be medical paper) He then showed me a sum of money on the papers with his name on it. I told him this had nothing to do with his medical care and that was why I was there. He asked me where I lived before moving to florida and also my last name. He said then that we would be good together and that I wouldn't even have to change my last name. I said are you kidding me? I then said I would be concluding the visit and that I needed to go home because I thought he was inappropriate with me. He said fine go & get your things. I left the room and when I was walking back to tell him I decided not to keep the job, he was standing up, He then said here is your pay for the day, and as I put the paper in my pocket I said you told me you couldn't walk, that you were a paraplegic, he said something about that, I said if you

| I have received the Victim's Rights package: | Initial: | | |
|---|---|---|---|
| | | I will testify in court: ☑ Yes ☐ No | [initial] |
| Sworn To and Subscribed Before Me, This: | | I will prosecute criminally: ☑ Yes ☐ No | [initial] |
| 21 Day of March year 2005 | | | |
| Deputy Sheriff ☐ Notary Public ☐   F.S.S. 117.10 | | I Swear/Affirm the Above and/or Attached Statements are Correct and True. | |
| Signature: D/S [signature] 4500 | | Signature: ▓▓▓▓ | |

PBSO #7134 REV 2001

RECORDS COPY

Exhibit F5

Page 3 of 3

**PALM BEACH COUNTY SHERIFF'S OFFICE**   ☐ WITNESS   ☑ VICTIM   ☐ OTHER

# STATEMENT
Please complete in full detail

| Date of Statement: | Month: 03 | Day: 21 | Year: 2005 | Time: 05:45 pm |
|---|---|---|---|---|

| Offense: Simple Battery | Agency Case #: 05-04253 |
|---|---|

| Date of Offense: | Month: 03 | Day: 07 | Year: 2005 | Time: 1:00 pm | Suspect/Arrestee: Last: Kushner   First: Arthur   Middle: |
|---|---|---|---|---|---|

I, _____ do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

were a nurse". He then grabed me with one hand, by the waist and with the other hand quickly reached down my pants opening-up my zipper and he touched my crotch. (outside of my underware.) I elbowed him at the same time of him doing this and tore myself from his grasp. Running for the enterance I called him a monster and told him I was going to the police. He said that he was just having fun or something of that nature. I subsequently got many calls from him threatening me that he would call my x-husband, if I dared to go to police. "He said I can find anything out." One of the last messages I recieved was a message saying that he contacted my x-husband + that he learned everything he needed to know. He said I lied about where I lived + said I lived in _____ + he knew where my children lived. These are saved on voice mail.

| I have received the Victim's Rights package: | Intials: | I will testify in court: ☑ Yes ☐ No | DK |
|---|---|---|---|
| Sworn To and Subscribed Before Me, This: | | I will prosecute criminally: ☑ Yes ☐ No | DK |
| 21 Day of march year 2005 | | I Swear/Affirm the Above and/or Attached Statements are Correct and True. | |
| Deputy Sheriff ☐   Notary Public ☑   FSS 117.10 | | | |
| Signature: | | Signature: | |

PBSO 80134 REV. 10/01          RECORDS COPY

Exhibit 6

**PALM BEACH COUNTY SHERIFF'S OFFICE**

☐ WITNESS    ☑ VICTIM    ☐ OTHER

# STATEMENT
### Please complete in full detail

| Date of Statement | Month | Day | Year | Time |
|---|---|---|---|---|
| April 10 | April | 10 | 05 | 11:00 AM |

Offense: Simple Battery

Agency Case #: 05 — 042543

| Date of Offense | Month | Day | Year | Time | Suspect/Arrestee Last: Kaufman First: Arthur |
|---|---|---|---|---|---|

Location of Offense:

I ___ do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

I am terrified for my life, a perpetrator sexually assulted me at his home on March 6, 2005. He also tore my pants and held me around the waist and put a hand in my pants. I broke free and ran to the door saying I am calling the police and you are going to jail. He has been harrassing me ever since this incident. The latest has been a lawsuit he filed against me. I belive this Freak has been also calling my mother and stalking my mothers home (Seperate statement). This individual has contacted my x-husband that I am in a custody battle with and now is talking with him. My x-husband gave this individual my adress and my mothers edress and my sisters adress here in ___. This Aurther Kaufman is threating to go to court + testify with my x-husband — this is saved on a cell-phone message (3) of them. On March 13, 2005. Officer Coleman District 4 intercepted a call from this person, and after speaking with him, he hung up the

| I have received the Victim's Rights package: | I will testify in court: ☑ Yes ☐ No | |
|---|---|---|
| Sworn To and Subscribed Before Me, This: 10 Day of April year 2005 | I will prosecute criminally: ☑ Yes ☐ No | |
| Deputy Sheriff / Notary Public ☐    FSS 117.10 Signature: | I Swear/Affirm the Above and/or Attached Statements are Correct and True. Signature: | |

PBSO-RFORM REV 10/01

RECORDS COPY

Exhibit F7

PALM BEACH COUNTY SHERIFF'S OFFICE

☐ WITNESS  ☑ VICTIM  ☐ OTHER

Page _2_ of _3_

# STATEMENT
**Please complete in full detail**

| Date of Statement: | Month: 4 | Day: 10 | Year: 05 | Time: 11 Am |
| --- | --- | --- | --- | --- |

| Offense: Simple Battery | | | | Agency Case #: 05-042543 |
| --- | --- | --- | --- | --- |

| Date of Offense: | Month: 3 | Day: 6 | Year: 05 | Time: 8:00 | Suspect/Arrestee: Last: Karston  First: Arthur  Middle: |
| --- | --- | --- | --- | --- | --- |

Location of Offense:

Name / Last / Jun / Res.:

Address / Bus.:

I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

Phone saying this guy is a "real wacko". I believe this person is stalking me I am getting several hang up calls throughout the day & night on my phone ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

This man also said during the visit that Your last name is the same as mine. - You wouldn't even have to change your last name. Told me he was once married to a women with 2 boys.

RECEIVED BY

APR 14

CENTRAL RECORDS

| I have received the Victim's Rights package: | Initial: | I will testify in court: ☑ Yes ☐ No |
| --- | --- | --- |
| Sworn To and Subscribed Before Me, This: 10 Day of April year 2005 | | I will prosecute criminally: ☐ Yes ☐ No |
| Deputy Sheriff ☐   Notary Public ☐   FSS 117.10 | | I Swear/Affirm the Above and/or Attached Statements are Correct and True. |
| Signature: | | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |

PBSO 9934 REV 10/01

RECORDS COPY

Exhibit F8

JS 44 (Rev. 11/05)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)  **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**

ARTHUR KAUFMAN

**DEFENDANTS**

DIANA KAUFMAN

CIV-HURLEY HOPKINS

**(b)** County of Residence of First Listed Plaintiff   PALM BEACH

(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   PALM BEACH

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

pro se

Attorneys (If Known)

## 06-80013

(d) Check County Where Action Arose: ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☑ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  ☐ HIGHLANDS

9:06CV 80013-Hurley Hopkins

| II. BASIS OF JURISDICTION (Place an "X" in One Box Only) | III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only) | | | | |
|---|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☑ 3 Federal Question (U.S. Government Not a Party) | | PTF  DEF | | PTF  DEF |
| | | Citizen of This State | ☐ 1  ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4  ☐ 4 |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ☐ 2  ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5  ☐ 5 |
| | | Citizen or Subject of a Foreign Country | ☐ 3  ☐ 3 | Foreign Nation | ☐ 6  ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Re-filed- (see VI below)  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Remanded from Appellate Court  ☐ 7 Appeal to District Judge from Magistrate Judgement

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page): a) Re-filed Case ☐ YES ☑ NO   b) Related Cases ☐ YES ☑ NO

JUDGE

DOCKET NUMBER

**VII. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

CIVIL RIGHTS VIOLATIONS

LENGTH OF TRIAL via 2 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE  1-4-06

FOR OFFICE USE ONLY

AMOUNT 250   RECEIPT # 536023