UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 06-80013
CIV - HURLEY
HOPKINS



ARTHUR KAUFMAN,
    Plaintiff,
v.

DANA KAUFMAN,
    Defendant
_____/

## DEFENDANT DANA KAUFMAN'S MOTION FOR SANCTIONS PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE RULE 11

COMES NOW the Defendant, Dana Kaufman, by and through the undersigned Counsel and files this her Motion for Sanctions Pursuant to the Federal Rules of Civil Procedure Rule 11 and as grounds therefore states:

1.    The Defendant, Dana Kaufman, moves for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure Rule 11 for the reasons set forth herein.

2.    The Plaintiff Arthur Kaufman filed a Complaint alleging violation of certain Constitutional protections by the Defendant, a private individual.

3.    This action was filed by the Plaintiff, Arthur Kaufman, in an attempt to harass and needlessly increase the cost of litigation in violation of Rule 11(b)(1).

4.    The Plaintiff filed a case against the same defendant, arising out of the same allegations in State Court (Palm Beach County 50 2005 CA 003146 MB ) which is currently pending, wherein the Plaintiff has used the threat of filing this Federal Action.



5. The Action as filed by the Defendant, is wholly improper, not warranted by existing law, not a basis for extension, modification, or reversal of existing law, nor the establishment of new law in that an action for deprivation of Constitutional rights can not be brought against a private individual in violation of Rule 11(b)(2) of the Federal Rules of Procedure.

6. The Plaintiff has alleged violation of Constitutional protections of the Fourteenth Amendment by a private individual.

7. The Plaintiff has alleged violation of his Constitutional protections of the Second Amendment by a private individual.

8. The Plaintiff has alleged violation of his Constitutional protections of the Fourth Amendment by a private individual.

9. As a result of the Plaintiff filing this action, the Defendant has been forced to retain the undersigned to defend her and is obligated to pay reasonable fees and costs.

10. The Defendant requests that sanctions be awarded as provided in the Federal Rules of Civil Procedure Rule 11( c)(2) including reasonable expenses and attorneys fees in presenting this Motion, and reasonable attorney's fees and expenses incurred as a direct result of the violation of the Federal Rules of Civil Procedure Rule 11(b)(1) and 11(b)(2).

WHEREFORE, the Defendant respectfully requests that this Court:

    a. Grant the Defendant's Motion;

    b. Award the Defendant reasonable expenses and attorney's fees incurred in responding the Plaintiff's Complaint;

    c.    Award the Defendant reasonable expenses and attorney's fees incurred in presenting this Motion; and

    d.    Grant any other relief deemed fair and just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a Copy of the Foregoing was furnished by U.S. Mail to Arthur Kaufman 8171 Nadmar Avenue Boca Raton, FL 33434 and by fax to (561) 852-9001 on this 8th Day of February, 2006.

**CATHY L. PURVIS LIVELY, ESQUIRE, P.A.**
3900 Woodlake Blvd.
# 211
Lake Worth, FL 33463
561-649-2204

*[signature]*

CATHY L. PURVIS LIVELY, ESQ.
FLORIDA BAR NO.: 0055395